**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6566**

---

PAUL V. GARNETT, JR.,

Plaintiff - Appellant,

versus

ALVIN HARRIS, Dr., Institutional Doctor; DAN
LAWSON, Warden of Southampton Correctional
Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-97-1024-2)

---

Submitted: July 22, 1999          Decided: July 27, 1999

---

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Paul Garnett, Jr., Appellant Pro Se. Brian Keith Brake, GOODMAN, WEST & FILETTI, Glen Allen, Virginia; Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Garnett, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and the magistrate judge's orders denying his motions for appointment of counsel and to amend the complaint. We have reviewed the record, the district court's order accepting the magistrate judge's recommendation, and the magistrate judge's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge. See Garnett v. Harris, No. CA-97-1024-2 (E.D. Va. Aug. 6, 1998; Feb. 13, 1999; Mar. 24, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The magistrate judge's orders from which Garnett appeals were filed on August 5, 1998, and February 10, 1998, and entered on the district court's docket on August 6, 1998, and February 13, 1999, respectively, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).